>


 TAMES Search

 
 
 
 
 
 
 
 
 

 


 
 
 
 
 
 
 
 Texas Judicial
 Branch
 
 
 
 
 
 Skip to main content
 
 
 
 
 
 
 
 

 
 
 
 
 
 
 
 Home
CourtsClick to expand submenu
About Texas Courts
Supreme Court
Court of Criminal Appeals
1st Court of Appeals
2nd Court of Appeals
3rd Court of Appeals
4th Court of Appeals
5th Court of Appeals
6th Court of Appeals
7th Court of Appeals
8th Court of Appeals
9th Court of Appeals
10th Court of Appeals
11th Court of Appeals
12th Court of Appeals
13th Court of Appeals
14th Court of Appeals
Multidistrict Litigation Panel
Specialty Courts
Trial Courts
Rules & FormsClick to expand submenu
Rules & Standards
Forms
OrganizationsClick to expand submenu
Policy & Funding
Administrative Judicial Regions
Children's Commission
Criminal Justice Integrity Unit
Judicial Branch Certification Commission
Judicial Committee on Information Technology
Judicial Compensation Commission
Supreme Court Advisory Committee
Texas Access to Justice Commission
Texas Access to Justice Foundation
Texas Indigent Defense Commission
Texas Judicial Council
Agencies
Office of Capital Writs
Office of Court Administration
State Commission on Judicial Conduct
State Law Library
State Prosecuting Attorney
Bar & Education
Board of Law Examiners
Judicial Education
State Bar of Texas
Texas Board of Legal Specialization
Texas Center for Legal Ethics
Publications & TrainingClick to expand submenu
Legislative Information
Publications
Training Materials
Programs & ServicesClick to expand submenu
Certification, Registration & Licensing
Collection Improvement Program
Court Consultant Services
Domestic Violence Resources
Indigent Defense
Legal Aid
Self-Help
Translation & Interpretation
Judicial DataClick to expand submenu
Judicial Directory
Open Records Policy
Reporting to OCA
Statistics & Other Data
Vexatious Litigants
eFile Texas
Media
 
 
 
 
 
 
 
 
 
 
 Supreme Court
 
 
 
 
 
 
 
 
 Site Search
 
 
 
 
 
 
 
 Home/
Courts/
Supreme Court
 
 
 
 
 
 
 
 Case Information
Case Search
Document Search
(Cases initiated before 8/28/12)
Event Reports
Released Orders/Opinions
(Opinions released before 09/01/12)
Case Submissions
Case Mail



 
 
 

















 
 
 
 
 
 
 Case Search
 
 
 
 
 
 
 
 
 
 
 Case Search
 Document Search
 
 
 
 
 
 All Courts
 
 
 Supreme Court7th Court Criminal Appeals8th Court 1st Court 9th Court 2nd Court 10th Court 3rd Court 11th Court 4th Court 12th Court 5th Court 13th Court 6th Court 14th Court 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Case No.:
 
 
 
 
 
 
 
 
 
 Partial Case No.:
 
 
 
 
 
 
 
 
 
 BothCivilCriminal
 
 
 
 
 
 
 
 Inactive Cases
 
 Exclude
 
 
 
 
 
 Date Filed
 
 
 
 
 
 
 
 
 Open the calendar popup.
 
 
 
 
 <<
<
November 2014
>
>>
 
 
 
 
 
 
 
 
  S
M
T
W
T
F
S
 
 
 
 44
26
27
28
29
30
31
1
 
 45
2
3
4
5
6
7
8
 
 46
9
10
11
12
13
14
15
 
 47
16
17
18
19
20
21
22
 
 48
23
24
25
26
27
28
29
 
 49
30
1
2
3
4
5
6
 
 

 

 
 
 
 
 
 
  to
 
 
 
 
 
 Open the calendar popup.
 
 
 
 
 <<
<
November 2014
>
>>
 
 
 
 
 
 
 
 
  S
M
T
W
T
F
S
 
 
 
 44
26
27
28
29
30
31
1
 
 45
2
3
4
5
6
7
8
 
 46
9
10
11
12
13
14
15
 
 47
16
17
18
19
20
21
22
 
 48
23
24
25
26
27
28
29
 
 49
30
1
2
3
4
5
6
 
 

 

 
 
 
 
 
 
 
 
 
 
 
 Style
 
 
 
 v.
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Attorney or Bar No:
 
 
 
 
 (Name/Bar No.)
 
 
 
 
 
 Trial Court Case No:
 
 
 
 
 
 
 Originating COA:
 
 
  SC/CCA
 
 
 
 
 
 Trial Court County:
 
 
 
 
 
 
 
 
 
 Trial Court:
 
 
 
 
 
 
 
 
 
 
 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 &nbsp
 
 
 
 
 
 
 
 
 
 
 

 
 
 
 
 
   
 
 
 
 
 
 
 

 
 NOTE: This information is compiled and made available as a public
 service by The Supreme Court of Texas, the Texas Court of Criminal Appeals and the
 Courts of Appeals. However, these courts make no warranty as to the accuracy, reliability,
 or completeness of the information and are not responsible for any errors or omissions
 or for results obtained from the use of the information. Distribution of the information
 does not constitute such a warranty. Use of the information is the sole responsibility
 of the user.
 
 
 Also, note that neither TCO nor OCA have or maintain records on individual trial
 court cases but we maintain the following 
 list of searchable county systems. You would need to contact the court DIRECTLY
 for specific case information, see our 
 online Judicial Directory [or 
 view pdf version] for contact information.
 
 To view or print PDF files you must have the Adobe Acrobat® reader. This software
 may be obtained without charge from Adobe. 
 Download the reader from the Adobe Web site.
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 



 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 
 
 Resources
 Careers
 Site Policies
 Texas Homeland Security
 Texas.gov
 TRAIL
 WebMaster